# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Ohio Legal Rights Service, | : |
| | : Case No.: 2:12-cv-196 |
| Plaintiff, | : |
| | : Judge Gregory L. Frost |
| -vs- | : |
| | : Magistrate Judge E.A. Preston Deavers |
| Columbus City Schools, | : |
| | : |
| Defendant. | : |

## PLAINTIFF'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(2) Plaintiff Ohio Legal Rights Service moves to dismiss this matter with prejudice with each party bearing its own costs.

        Respectfully submitted,

        /s Susan G. Tobin
        Susan G. Tobin (0021725), Trial Attorney
        stobin@olrs.state.oh.us
        **OHIO LEGAL RIGHTS SERVICE**
        50 W. Broad St., Suite 1400
        Columbus, OH 43215-5923
        (614) 466-7264 (Phone)
        (614) 644-1888 (Fax)
        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2012, a true copy of the foregoing Motion to Dismiss was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

        Respectfully submitted,

        /s Susan G. Tobin
        Susan G. Tobin (0021725)
        Trial Attorney for Plaintiff