# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**OHIO LEGAL RIGHTS SERVICE,**

    **Plaintiff,**                                  Case No. 2:12-cv-196
                                                      **JUDGE GREGORY L. FROST**
    **v.**                                            Magistrate Judge E.A. Preston Deavers

**COLUMBUS CITY SCHOOLS,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion to Dismiss. (ECF No. 11.) In this motion, Plaintiff seeks to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). This Court **GRANTS** the motion. The Clerk shall accordingly terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                         /s/ Gregory L. Frost
                                                         GREGORY L. FROST
                                                         UNITED STATES DISTRICT JUDGE